UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL     JS-6

| Case No. | **CV 23-8242-CBM(SSCx)** | Date | JANUARY 9, 2024 |
|---|---|---|---|

| Title | Karine Grigorian v. Daniel Madariaga et al |
|---|---|

| Present: The Honorable | CONSURLO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

On November 16. 2023, the Court issued an order giving the parties time to file their dismissal order by December 21, 2023, in light of the parties settlement.  As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. [JS-6]

IT IS SO ORDERED.

cc: all parties